UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.   4:01-cr-8-SEB-MGN |
| | ) | 4:02-cr-5-SEB-MGN |
| | ) | |
| AL JOSEPH BRADFORD, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated August 20, 2013, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of eight (8) months followed by six (6) months of supervised release to be served at a Residential Re-Entry Center. The Court further recommends that Mr. Bradford be designated to the Terre Haute, Indiana, facility, for his term of imprisonment.

Date: 08/20/2013

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All counsel of record via CM/ECF

U.S. Marshal
U.S. Probation